Julia P. MILONAS, Appellant,

v.

HUNT MIDWEST ENTERTAINMENT,
INC., Respondent.

No. WD 46230.

Missouri Court of Appeals,
Western District.

April 20, 1993.

James Patrick Frickleton, Kansas City,
for appellant,

Paul Schepers, Kansas City, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and HANNA, JJ.

PER CURIAM.

ORDER

The trial court directed a verdict for the
defendant at the close of all the evidence.
The evidence connecting the injury with the
alleged negligence amounted to mere speculation and conjecture and thereby prevented the trial court from submitting the case
to the jury.

Judgment affirmed. Rule 84.16(b).

Carl G. SIMS, Claimant,

v.

HOWARD MOTOR HOMES, Employer,

and

U.S. Fire Insurance Company,
Insurer, Respondents.

No. 62211.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 20, 1993.

Thomas Joseph Gregory, St. Louis, for
claimant.

John J. Johnson, Jr., St. Louis, for respondent.

Before GARY M. GAERTNER, P.J., and
SMITH and STEPHAN, JJ.

ORDER

PER CURIAM.

Claimant, Carl G. Sims, appeals from a
final award of the Labor and Industrial
Relations Commission. The Commission
reversed the awards of the Administrative
Law Judge of the Division of Workers'
Compensation and denied claimant compensation for two separate work-related injuries. We affirm. We have reviewed the
briefs and arguments of the parties, the
transcript and the legal file, and can find
no error on the part of the Commission. In
addition, we find that no jurisprudential
purpose would be served by a written opinion. Claimant's appeal is, therefore, affirmed pursuant to rule 84.16(b). The parties have been provided with a memorandum, solely for their own information, setting out the reasons for our decision.